MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OFELIA TRINIDAD TOSCANO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARDENAS MARKETS, INC., a foreign corporation, DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-2302<br><br>**Stipulation and Order to Extend Discovery (First Request)** |

The parties stipulate to extend discovery and request an amended scheduling order.

**I.  LR 6-1 is satisfied.**

This is the parties' first request for extension. The parties request this extension to provide additional time to gather medical records Ms. Trinidad-Toscano alleges are related to her fall. Medical record authorizations were provided to Cardenas, however medical providers have been slow to respond.

**II.  LR 26-4 is satisfied**

Initial expert disclosures are presently due December 28. However, the slow response of medical providers delays Cardenas' ability to meaningfully prepare for Plaintiff's deposition and expert witness disclosures. Although this stipulation is submitted within 21 days of the deadline it seeks to extend, the parties assert good cause supports the extension because this is a personal injury lawsuit. Ms. Trinidad-Toscano's medical records are vital both to her claim and

Cardenas' potential defenses. The parties cannot make informed decisions about the necessity of medical experts or the potential scope of damages without the records. Meaningful settlement discussions also cannot occur without this information. It is for these reasons good cause to extend discovery exists.

Both parties have served initial Rule 26(a) disclosures and responded to written discovery. Discovery remaining to be completed includes additional written discovery, depositions of parties and witnesses, expert disclosures and more.

**III. Current and proposed schedule for completing discovery.**

| | **Current Schedule** | **Proposed Schedule** |
|---|---|---|
| **Motions to add parties and amend pleadings** | November 28, 2017 | Closed |
| **Initial expert disclosures and interim status report** | December 28, 2017 | February 28, 2018 |
| **Rebuttal expert disclosures** | January 26, 2018 | March 30, 2018 |
| **Close of Discovery** | February 26, 2018 | April 27, 2018 |
| **Dispositive motions** | March 28, 2018 | May 29, 2018 |
| **Pre-Trial Order** | April 27, 2018 | June 29, 2018 |

| | |
|---|---|
| DATED this 20th day of December, 2017. | DATED this 20th day of December, 2017. |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | CHRISTIANSEN LAW OFFICES |
| */s/ Michael P. Lowry* | */s/ Keely A. Perdue* |
| MICHAEL P. LOWRY, ESQ | KEELY A. PERDUE, ESQ. |
| Nevada Bar No. 10666 | Nevada Bar No. 13931 |
| 300 South Fourth Street, 11th Floor | 810 South Casino Center Blvd., Suite 104 |
| Las Vegas, Nevada 89101-6014 | Las Vegas, Nevada 89101 |
| Tel: 702.727.1400/Fax: 702.727.1401 | Tel: 702.240.7979/Fax: 866.412.6992 |
| Attorneys for Cardenas Markets, Inc. | Attorneys for Plaintiff |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2017

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on December 20, 2017, I served the **Stipulation and Order to Extend Discovery (First Request)** via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk.

BY: */s/ Michael P. Lowry*
An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP